HAROLD D. GREENWALD v. GOTHAM SILK HOSIERY CO., INC.— *Motion for reargument denied. Order of February 26, 1926, vacated, and order of February 11, 1926, reinstated as resettled by fixing new date for examination to proceed. Settle order on notice.* Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ARMION REALTY CORPORATION v. NEW YORK FURNITURE EXCHANGE ASSOCIATION, INC.— *Motion granted.* Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of GEORGE PARBURY POLLEN, etc., Deceased.— *Motion denied.* Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

STEPHEN W. HOPKINS and Others v. THE CITY OF NEW YORK.— *Motion granted.* Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

GRACE H. GRIFFIN v. WILLIAM H. GRIFFIN.— *Motion granted.* Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

WOLF ELIAS v. ALEXANDER COHEN.— *Motion granted, with ten dollars costs.* Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ANNA BICKOFF v. RAY LEVINE and Others.— *Motion granted, with ten dollars costs, and stay vacated.* Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

CORA L. MAGNUS v. WALTER H. FLEMING.— *Motion granted and affidavit verified March 18, 1926, excluded from the files.* Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

NATHAN GOLDMAN v. NATHAN GREENSTEIN.— *Application denied, with ten dollars costs.* Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

GROSVENOR NICHOLAS v. FARMERS' LOAN AND TRUST COMPANY, as Executor, etc.— *Motion denied, with ten dollars costs, and stay vacated.* Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of WILLIAM J. FALLON, an Attorney.— *Proceedings dismissed. Settle order on notice.* Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES PILKINGTON COMPANY, INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— *Judgment modified as indicated in order and as so modified affirmed, with costs. No opinion.* Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.; Martin, J., dissents and votes for reversal.

JAMES PILKINGTON COMPANY, INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— *Order affirmed, with ten dollars costs and disbursements. No opinion.* Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

## SECOND DEPARTMENT, MARCH, 1926.

KALWIN BUSINESS MEN'S ASSOCIATION, INC., Respondent, *v.* GEORGE V. McLAUGHLIN, Individually and as Police Commissioner of the City of New York, and Others, Appellants.

Motion by plaintiff, respondent, on order to show cause for an order staying argument of appeal pending decision on an application for resettlement of the order appealed from.